## Rio *v.* Neve, Appellant.

 Argued September 11, 1973. *Arthur Lefkoe,* with him *Wisler, Pearlstine, Talone, Craig and Garrity,* for appellant; *B. David Gray,* for appellee.

Order affirmed.

## Sabol, Appellant, *v.* Erlandson.

 Argued November 14, 1973. *Frank A. Collins,* with him *Collins and Collins,* for appellant; *Herbert B. Lebovitz,* with him *Lebovitz and Lebovitz,* for appellee.

Order affirmed.

SPAULDING, J., absent.